In the Matter of ZHUANG LI CAI, Appellant, v M.D. JAMIL UD-DIN, Respondent.

Submitted March 1, 2010; decided April 6, 2010

Motion for reargument of motion for leave to appeal denied [*see* 13 NY3d 715 (2010)].